UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARLENE C. PERRY,<br><br>    Plaintiff,<br><br> v.<br><br>MICHAEL J. ASTRUE, [1]<br>Commissioner of Social Security<br>Administration,<br><br>    Defendant. | Case No. 07cv276-L(JMA)<br><br>ORDER DENYING JOINT MOTION FOR EXTENSION OF TIME TO FILE ANSWER |

The parties' Joint Motion for Extension of Time to Answer Plaintiff's Complaint is **DENIED** for failure to give any reason for the request. A showing of good cause is required by Federal Rule of Civil Procedure 6(b) and Civil Local Rule 12.1.

DATED: October 17, 2007

                 M. James Lorenz
                 United States District Court Judge

---

[1] Michael J. Astrue became the Commissioner of Social Security on February 12, 2007. Pursuant to Rule 25(d)(1) of the Federal Rules of Civil Procedure, Michael J. Astrue should, therefore, be substituted for Commissioner Jo Anne B. Barnhart as the Defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g)